1  RILEY SAFER HOLMES & CANCILA LLP
   Yakov P. Wiegmann (CSB # 245783)
2  ywiegmann@rshc-law.com
   Mishan R. Wroe (CSB # 299296)
3  mwroe@rshc-law.com
4  111 New Montgomery Street, Suite 600
   San Francisco, California 94105
5  Telephone:   (415) 275-8550
   Facsimile:   (415) 275-8551
6
   *Attorneys for Plaintiffs*
7  AMERICAN CIVIL LIBERTIES UNION
   IMMIGRANTS' RIGHTS PROJECT and CENTER
8  FOR GENDER & REFUGEE STUDIES AT THE
   UNIVERSITY OF CALIFORNIA HASTINGS
9  COLLEGE OF THE LAW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT & CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. 3:16-cv-06066 JSC<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

-1-

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 111 New Montgomery Street, Suite 600, San Francisco, CA 94105. On November 8, 2016, I served the within document(s):

## SUMMONS IN A CIVIL ACTION

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

## DOCKET COVERSHEET AND REMAINING ITEMS FROM DOCKET

## ADR FORMS

☑ **BY MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States Mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 | Office of the General Counsel<br>U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed this 8th day of November, 2016, at San Francisco, California.

_____
Dan Gunn

4816-0067-4620, v. 1