RILEY SAFER HOLMES & CANCILA LLP
Yakov P. Wiegmann (CSB # 245783)
ywiegmann@rshc-law.com
Mishan R. Wroe (CSB # 299296)
mwroe@rshc-law.com
111 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

PLEASE SEE NEXT PAGE FOR COMPLETE LIST OF COUNSEL

*Attorneys for Plaintiffs*
AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT and CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT & CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW,<br><br>            Plaintiffs,<br><br>     v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>            Defendant. | Case No.  3:16-cv-06066-JSC<br><br>**PROOF OF SERVICE** |

-1-

CONTINUED LIST OF COUNSEL:

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
Julia Harumi Mass (CSB # 189649)
jmass@aclunc.org
Angélica Salceda (CSB # 296152)
asalceda@aclunc.org
39 Drumm Street
San Francisco, California 94111
Telephone:   (415) 621-2493
Facsimile:    (415) 255-8437

AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT
Michael Tan
mtan@aclu.org
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:   (347) 714-0740
Facsimile:    (212) 549-2654

CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW
Eunice Lee (NY Reg No. 4607859) *
leeeunice@uchastings.edu
Moira Duvernay (CSB# 233279)
duvernaym@uchastings.edu
200 McAllister Street
San Francisco, California 94102
Telephone:   (415) 581-4877
Facsimile:  (415) 581-8824

PROOF OF SERVICE

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| MISHAN R. WROE, ESQ. (299296)<br>Riley Safer Holmes & Cancila LLP<br>111 New Montgomery Street, Suite 600<br>San Francisco, CA 94105 | (415) 275-8550 | |
| Attorneys for: AMERICAN CIVIL LIBERTIES UNION, ETC., ET AL. | W2670224 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
AMERICAN CIVIL LIBERTIES UNION, etc., et al.

Defendant:
U.S. IMMIGRATION, ETC., ET AL.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>3:16-cv-06066 JSC |
|---|---|---|---|---|

I, Matthew Otto Ward, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served:
1. SUMMONS
2. COMPLAINT
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
4. DOCKET COVERSHEET AND REMAINING ITEMS FROM DOCKET
5. ADR FORMS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
AN AGENCY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY
C/O U.S. ATTORNEY NORTHERN DISTRICT OF CALIFORNIA

Served: : LILY HO-VUONG, Paralegal Specialist - Authorized To Accept Service Of Process

Address : 450 Golden Gate Avenue, San Francisco, CA 94102
Date & Time : Monday, November 7, 2016 @ 4:50 p.m.
Witness fees were : Not applicable.

Person serving:
Matthew Otto Ward
Wheels of Justice, Inc.
52 Second Street, Third Floor
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2015-1341
   (3) County: San Francisco
   (4) Expires: 7/27/2017

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 7, 2016   Signature: _____
                                     Matthew Otto Ward


Printed on recycled paper