RILEY SAFER HOLMES & CANCILA LLP
Yakov P. Wiegmann (CSB # 245783)
ywiegmann@rshc-law.com
Mishan R. Wroe (CSB # 299296)
mwroe@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

PLEASE SEE SIGNATURE PAGE FOR
COMPLETE LIST OF COUNSEL

*Attorneys for Plaintiffs*
AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT and CENTER
FOR GENDER & REFUGEE STUDIES AT THE
UNIVERSITY OF CALIFORNIA HASTINGS
COLLEGE OF THE LAW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT & CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No.  3:16-cv-06066-JSC<br><br>**SETTLEMENT AGREEMENT**<br><br>Freedom of Information Act, 5 U.S.C. § 552 |

In consideration of the terms set forth in this Settlement Agreement and the covenants and conditions contained herein (the "Agreement"), Plaintiffs American Civil Liberties Union Immigrants' Rights Project and Center for Gender and Refugee Studies at the University of California Hastings College of the Law (collectively "Plaintiffs") and Defendant U.S.

Immigration and Customs Enforcement ("ICE"), an agency of the Department of Homeland Security, (the "Defendant"), who are collectively referred to herein as "the Parties," by and through their undersigned counsel, hereby agree as follows:

This action arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). In October 2015, Plaintiffs made FOIA requests for information regarding ICE's detention of asylum seekers who are found to have a credible fear of persecution. Plaintiffs specifically asked for statistical records that ICE is required to maintain pursuant to a 2009 ICE Directive, as well as related policy documents and Agency communications that are in ICE's possession. Plaintiffs contended that more than a year after the requests were filed, ICE had provided only a fraction of these records. Therefore, having exhausted administrative remedies, Plaintiffs brought this suit.

Defendant contended that with the production of ICE's Third Supplemental Response, it had complied with Plaintiffs' FOIA requests.

WHEREAS, to date, ICE has not produced analyses of monthly reports or random samplings of individual case information because ICE does not possess any such analyses or samplings.

WHEREAS, to date, ICE has produced one quality assurance report from 2010 because it is the only quality assurance report in its possession.

WHEREAS, as used herein, "monthly reports," shall mean the monthly reports for each ICE field office which are required under the 2009 ICE Parole Directive.

WHEREAS, after good-faith negotiations, the Parties have agreed to resolve this matter upon the terms, and subject to the conditions, set forth in this Agreement.

IT IS HEREBY AGREED AS FOLLOWS:

1. ICE will provide Plaintiffs with an informal description of the documents ICE has withheld in their entirety and written justification for such withholding within 30 days of the Court's execution of the proposed Order attached to this Agreement.
2. Plaintiffs agree to forgo a demand for a Vaughn Index and formal search description declarations.
3. To date, ICE has produced monthly reports detailing the number of parole

adjudications for each area of responsibility, including the result of the adjudication and the underlying basis to grant or deny parole through September 2015. ICE agrees to provide monthly reports from May 2017 through December 2017, should information about parole decisions within each ICE field office continue to be collected.[1] Within 60 days of the Court's execution of the proposed Order attached to this Agreement, ICE will provide monthly reports from January 2017 - May 2017. Subsequently, ICE will produce another report every 30 days, beginning with the June 2017 report. ICE will produce the "Cumulative JAN-DEC" tabs for December 2015 and December 2016 along with the June 2017 report. The final report from December 2017 will be produced to Plaintiffs no later than March 31, 2018.

4. Plaintiffs agree to forgo a demand for unique identifiers in any of the monthly reports produced by ICE and agree not to raise any challenges as to the searches conducted and object over exemptions applied to records assuming the data is produced in a similar manner to the prior monthly reports.

5. Within 30 days of the Court's execution of the proposed Order attached to this Agreement, ICE shall provide clarification of the meaning of "Field Office Codes", "DCO Codes" and specific acronyms as they appear in the "Comments" field of the reports it has already produced. Plaintiffs provided a list of codes and acronyms on March 22, 2017.

The parties have not yet reached an agreement regarding attorney fees. The case will remain active until reasonable attorney fees have been negotiated.

The Parties agree that in exchange for Defendant's agreement to comply with the conditions set forth above, upon the execution of this Agreement, ICE's obligations under the FOIA are deemed satisfied and ICE will not be required to search, process, or release any additional records other than what has been agreed to in this agreement.

---

[1] ICE has represented to Plaintiffs that the Enforcement and Removal Organization ("ERO") has every intention of collecting this information through December 2017 and ICE has no reason to believe the information will not be available through the end of 2017.

1  The Parties acknowledge that this Agreement is entered solely for the purpose of settling
2  and compromising any remaining claims in this action without further litigation, and it shall not
3  be construed as an admission by any party of the truth of any allegation or the validity of any
4  claim asserted in this action.  This Agreement shall not be used in any manner to establish
5  liability for fees, amounts, or hourly rates in any other case or proceeding.  This Agreement shall
6  only apply to the FOIA requests that form the basis of the above-captioned case and shall in no
7  way prejudice Plaintiffs' ability to make new FOIA requests.

8  The Parties agree to use their best efforts to resolve any further disputes informally
9  including additional check-ins regarding production of remaining documents.  However, the
10 parties will ask the Court to retain jurisdiction over the case until reasonable attorneys' fees are
11 negotiated and to enforce compliance by both parties with the settlement agreement.  The Court's
12 retained jurisdiction shall expire within 30 days of the production of the last monthly report
13 pursuant to this agreement, unless prior to such time one of the parties moves the Court to extend
14 its retention of jurisdiction.

Respectfully submitted,

Dated: August 7, 2017          United States Attorney's Office

By:     /s/ Julie Bibb Davis

Julie Bibb Davis (CSB # 184957)
Assistant United States Attorney
Julie.Davis@usdoj.gov
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7066

*Attorneys for Defendant*
U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, an agency of the
Department of Homeland Security

Dated: August 3, 2017          Riley Safer Holmes & Cancila LLP

By: /s/ Yakov P. Wiegmann

Yakov P. Wiegmann (CSB # 245783)
ywiegmann@rshc-law.com
Mishan R. Wroe (CSB # 299296)
mwroe@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone:(415) 275-8550
Facsimile: (415) 275-8551

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
Julia Harumi Mass (CSB # 189649)
jmass@aclunc.org
Angélica Salceda (CSB # 296152)
asalceda@aclunc.org
39 Drumm Street
San Francisco, California 94111
Telephone:(415) 621-2493
Facsimile: (415) 255-8437

AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT
Michael Tan
mtan@aclu.org
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:(347) 714-0740
Facsimile: (212) 549-2654

CENTER FOR GENDER & REFUGEE
STUDIES AT THE UNIVERSITY OF
CALIFORNIA HASTINGS COLLEGE OF
THE LAW
Eunice Lee (NY Reg No. 4607859) *
leeeunice@uchastings.edu
Moira Duvernay (CSB# 233279)
duvernaym@uchastings.edu
200 McAllister Street
San Francisco, California 94102
Telephone:(415) 581-4877
Facsimile: (415) 581-8824

*Attorneys for Plaintiffs*
AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT and
CENTER FOR GENDER & REFUGEE
STUDIES AT THE UNIVERSITY OF
CALIFORNIA HASTINGS COLLEGE OF
THE LAW