RILEY SAFER HOLMES & CANCILA LLP
Yakov P. Wiegmann (CSB # 245783)
ywiegmann@rshc-law.com
Mishan R. Wroe (CSB # 299296)
mwroe@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551

PLEASE SEE SIGNATURE PAGE FOR
COMPLETE LIST OF COUNSEL

*Attorneys for Plaintiffs*
AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT and CENTER
FOR GENDER & REFUGEE STUDIES AT THE
UNIVERSITY OF CALIFORNIA HASTINGS
COLLEGE OF THE LAW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT & CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. 3:16-cv-06066-JSC<br><br>[PROPOSED] ORDER<br><br>Freedom of Information Act, 5 U.S.C. § 552 |

The Parties are hereby ordered to comply with the foregoing terms of the Parties' Settlement Agreement.

This Court shall retain jurisdiction over this matter until reasonable attorneys' fees have been negotiated and for the purposes of resolving any dispute arising out of, relating to, or

alleging a breach of the Parties' Agreement.

DATED: 8/9/17

_____
The Honorable Jacqueline Scott Corley

4852-5750-3308, v. 1