RILEY SAFER HOLMES & CANCILA LLP
Yakov P. Wiegmann (CSB # 245783)
ywiegmann@rshc-law.com
Mishan R. Wroe (CSB # 299296)
mwroe@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

PLEASE SEE SIGNATURE PAGE FOR COMPLETE
LIST OF COUNSEL

*Attorneys for Plaintiffs*
AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT and CENTER
FOR GENDER & REFUGEE STUDIES AT THE
UNIVERSITY OF CALIFORNIA HASTINGS
COLLEGE OF THE LAW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT and CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security, <br><br> Defendant. | Case No.  3:16-cv-06066-JSC <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REASONABLE ATTORNEYS' FEES AND LITIGATION COSTS** <br><br> Freedom of Information Act, 5 U.S.C. § 552 <br><br> Hearing Date:  January 18, 2018 <br> Time:             9:00 a.m. <br> Department:  Courtroom F, 15th Floor |

### NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND LITIGATION COSTS

TO DEFENDANT AND ITS COUNSEL OF RECORD:  PLEASE TAKE NOTICE

THAT on January 18, 2018 at 9:00 a.m., or as soon thereafter as the parties may be heard,

Plaintiffs Immigrants' Rights Project of the American Civil Liberties Union ("ACLU") and Center for Gender & Refugee Studies ("CGRS") at the University of California Hastings College of Law (hereinafter, "Plaintiffs") will bring for hearing a motion for reasonable attorneys' fees and litigation costs.  The hearing will take place before the Honorable Jacqueline Scott Corley, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This motion is based on this notice, the attached memorandum of points and authorities, the accompanying declarations of Michael Tan, Eunice Lee, Angelica Salceda, Yakov Wiegmann, and Mishan Wroe, and attached exhibits, all pleadings, papers and filed in this action, and such oral argument and evidence as may be presented at the hearing on the motion.

Dated: November 13, 2017

Riley Safer Holmes & Cancila LLP

By: */s/ Yakov P. Wiegmann*

Yakov P. Wiegmann (CSB # 245783)
ywiegmann@rshc-law.com
Mishan R. Wroe (CSB # 299296)
mwroe@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
Julia Harumi Mass (CSB # 189649)
jmass@aclunc.org
Angélica Salceda (CSB # 296152)
asalceda@aclunc.org
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

AMERICAN CIVIL LIBERTIES UNION
IMMIGRANTS' RIGHTS PROJECT
Michael Tan (CSB # 284869)
mtan@aclu.org
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (347) 714-0740
Facsimile: (212) 549-2654

CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW
Eunice Lee (NY Reg No. 4607859) *
leeeunice@uchastings.edu
Moira Duvernay (CSB # 233279)
duvernaym@uchastings.edu
200 McAllister Street
San Francisco, California 94102
Telephone: (415) 581-4877
Facsimile: (415) 581-8824

*ature*Pro Hac Vice* Application Granted

*Attorneys for Plaintiffs*
AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT and CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW

4834-0002-0051, v. 2

-3-   3:16-cv-06066-JSC

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REASONABLE ATTORNEYS' FEES AND LITIGATION COSTS