```
1  RILEY SAFER HOLMES & CANCILA LLP
   Yakov P. Wiegmann (CSB # 245783)
2  ywiegmann@rshc-law.com
   Mishan R. Wroe (CSB # 299296)
3  mwroe@rshc-law.com
   456 Montgomery Street, 16th Floor
4  San Francisco, California 94104
   Telephone:   (415) 275-8550
5  Facsimile:   (415) 275-8551

6  PLEASE SEE SIGNATURE PAGE FOR
   COMPLETE LIST OF COUNSEL
7
   *Attorneys for Plaintiffs*
8  AMERICAN CIVIL LIBERTIES UNION
   IMMIGRANTS' RIGHTS PROJECT and CENTER
9  FOR GENDER & REFUGEE STUDIES AT THE
   UNIVERSITY OF CALIFORNIA HASTINGS
10 COLLEGE OF THE LAW
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION IMMIGRANTS' RIGHTS PROJECT and CENTER FOR GENDER & REFUGEE STUDIES AT THE UNIVERSITY OF CALIFORNIA HASTINGS COLLEGE OF THE LAW,<br><br>Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, an agency of the Department of Homeland Security,<br><br>Defendant. | Case No. 3:16-cv-06066-JSC<br><br>**DECLARATION OF MICHAEL K.T. TAN IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES AND LITIGATION COSTS**<br><br>Freedom of Information Act, 5 U.S.C. § 552<br><br>Hearing Date: January 18, 2018<br>Time:         9:00 a.m.<br>Department:   Courtroom F, 15th Floor |

I, MICHAEL K.T. TAN, declare and state as follows:

1. I am licensed to practice law by the State of New York and am a staff attorney with the ACLU Immigrants' Rights Project ("IRP"). I am counsel of record for Plaintiffs in the above-entitled action. I have knowledge of the facts set forth herein, and if called upon to testify

---

DECLARATION OF MICHAEL K.T. TAN IN SUPPORT OF PLAINTIFFS' MOTION FOR REASONABLE ATTORNEYS' FEES AND LITIGATION COSTS

as a witness thereto, I could and would competently do so under oath.

2. I graduated from Yale Law School in 2008 and served as a Law Clerk to the Honorable M. Margaret McKeown, U.S. Court of Appeals for the Ninth Circuit, from 2009 to 2010.

3. I have been a staff attorney at IRP since 2012. Previously, I was a Skadden Fellow at IRP from 2010 to 2012 and a Liman Fellow at IRP from 2008 to 2009.

4. I am admitted to practice in New York and have been admitted to the bars of the U.S. Supreme Court, the U.S. Courts of Appeals for the First, Third, Ninth, Tenth, and Eleventh Circuits, and the U.S. District Courts for the Northern District of California and the Eastern District of Michigan.

5. In 2014, I was named a California Lawyer of the Year in immigration law. In 2016, I was awarded a Best Lawyers Under 40 Award by the National Asian Pacific American Bar Association. I was also named a Best LGBT Lawyer Under the Age of 40 by the National LGBT Bar Association in 2017.

6. I am one of the country's experts on legal and policy issues related to the federal immigration detention system. I have served as co-counsel on numerous individual and class action lawsuits to advance due process protections in immigration detention, including on behalf of detained asylum seekers. *See, e.g.*, *Rodriguez v. Robbins*, No. 07-03239-TJH-E (C.D. Cal), 591 F.3d 1105 (9th Cir. 2010), 715 F.3d 1127 (9th Cir. 2013), 804 F.3d 1060 (9th Cir. 2015), *cert. granted Jennings v. Rodriguez*, 136 S.Ct. 2489 (2016) (challenging the prolonged detention without bond hearings of immigrants held in the Central District of California, including arriving asylum seekers, pending completion of their removal cases); *RILR v. Johnson*, 80 F. Supp. 3d 164 (D.D.C. 2015) (nationwide class action challenging detention of migrant families seeking asylum based on general deterrence); *Hernandez v. Lynch*, EDCV 16-00620-JGB (KKx), 2016 WL 7116611 (C.D. Cal. Nov. 10, 2016) (challenging the detention of immigrants, including asylum seekers, based on a lack of financial resources in the Central District of California); *Gayle v. Johnson*, 4 F. Supp. 3d 692 (D.N.J. 2014), 81 F. Supp. 3d 371 (D.N.J. 2015), 838 F.3d 297 (3d Cir. 2016) (challenging the mandatory detention of individuals with substantial challenges to

removal in New Jersey); *Rivera v. Holder*, 307 F.R.D. 539 (W.D. Wa. 2015) (class action challenging immigration court's failure to consider detainees for release on recognizance); *Khoury v. Asher*, 3 F. Supp. 3d 877 (W.D. Wash. 2014) (challenging the mandatory detention of immigrants in the Western District of Washington who were not taken into immigration custody upon their release from criminal custody); *Gordon v. Johnson*, 300 F.R.D. 31 (D. Mass. 2014) (same, for immigrants detained in Massachusetts); *Preap v. Johnson*, 303 F.R.D. 566 (N.D. Cal. 2014) (same, for immigrants detained in California); *Reid v. Donelan*, 297 F.R.D. 185 (D. Mass. 2014), 22 F. Supp. 3d 84 (D. Mass. 2014) (challenging prolonged mandatory detention of immigrants held in Massachusetts); *Alli v. Decker*, No. 4:09-cv-00698-JEJ-SF (M.D. Pa), 644 F. Supp. 2d 535 (M.D. Pa. 2009), 650 F.3d 1007 (3d Cir. 2011) (same, for immigrants held in Pennsylvania).

7. Through these cases and others, I have come to develop distinctive knowledge and specialized skill in the area of immigrants' rights litigation in the federal courts, and particularly litigation regarding the detention system.

8. I regularly provide technical assistance to private immigration attorneys and legal service providers nationwide who are litigating immigration detention issues, and regularly teach continuing legal education ("CLE") courses on immigration detention.

9. I also have authored or co-authored articles, book chapters, and reports on detention issues. *See, e.g.*, *Jailing the Immigrant Poor: Hernandez v. Sessions* (with Michael Kaufman) (forthcoming CUNY Law Review 2017); *Shutting Down the Profiteers: Why and How the Department of Homeland Security Should Stop Using Private Prisons* (with Carl Takei and Joanne Lin) (ACLU 2016); Chapter on "Immigration Detention," *Immigration Law and Procedure: Desk Edition* (Benders 2015); *Locking Up Immigrants Forever: the "Keep Our Communities Safe Act" (H.R. 1932)* (Immigration Policy Center 2011).

10. I have successfully litigated and resolved numerous Freedom of Information Act ("FOIA") requests regarding the immigration detention system. *See, e.g.*, *ACLU v. DHS*, No. 11-CV-3786, 2013 WL 6912685 (S.D.N.Y. Dec. 19, 2013) (FOIA regarding custody review process over detention of individuals who have received final order of removal).

11. The ACLU is a nonprofit organization with no commercial interest in the data or documents requested in the subject FOIA request.

12. I spent 30.9 hours working on this litigation as described in Exhibit A to Mishan Wroe's Declaration in support of Plaintiffs' Motion for Reasonable Attorneys' Fees and Litigation Costs (plus additional time excluded from Exhibit A).

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct and that this declaration was executed on November 13, 2017, at New York, New York.

_____
MICHAEL K.T. TAN

4844-6081-9540, v. 3